## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

May 3, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 3 2006

GREGORY C. LANGHAM
CLERK

Mr. Stephen Thene Sparks
Arkansas Valley Correctional Facility
#59204
P.O. Box 1000
Crowley, CO 81034

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

Re:   06-1074, Sparks v. Leyba
      Dist/Ag docket: 96-N-1777

Dear Mr. Sparks and Counsel:

Enclosed is a copy of this court's final order.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By:
    Deputy Clerk

clk:jmm

cc:
    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| STEPHEN THENE SPARKS,<br><br>Petitioner,<br><br>v.<br><br>RON LEYBA, Warden; JOHN SUTHERS, Attorney General of Colorado,<br><br>Respondents. | No. 06-1074 |

ORDER

Filed May 3, 2006

Before **HENRY, LUCERO,** and **MURPHY,** Circuit Judges.

This matter is before the court based on a motion by Stephen T. Sparks under the Antiterrorism and Effective Death Penalty Act (AEDPA) for authorization to file a second or successive 28 U.S.C. § 2254 petition. Mr. Sparks claims that because the Colorado District Attorney failed to meet constitutional requirements for office during the time he was being prosecuted in the 1980s, the district attorney was disqualified from prosecuting him.

After careful review, the court concludes that Mr. Sparks has failed to make a prima facie showing that satisfies the AEDPA criteria. *See* 28 U.S.C. § 2244(b)(3)(C). In particular, Mr. Sparks fails to establish that the factual predicate for his claim could not have

been discovered previously through the exercise of due diligence. *See* § 2244(b)(2)(B)(i).

The motion for authorization is **DENIED**. The matter is **DISMISSED**.

This order "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E).

Entered for the Court,
Elisabeth A. Shumaker, Clerk